IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK A. CAMPBELL,<br><br>Defendant. | 8:25CR89<br><br>ORDER |

This matter is before the Court on Defendant's Unopposed Motion to Extend Deadline for Filing Pretrial Motions, (Filing No. 18). For good cause shown, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's Unopposed Motion to Extend Deadline for Filing Pretrial Motions, (Filing No. 18), is granted.

2) Pretrial motions shall be filed by August 8, 2025.

3) In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between July 9, 2025 and August 8, 2025, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant this motion would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the novelty and complexity of the case. The failure to grant this motion might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

4) **No further extensions of the pretrial motion deadline without first requesting a status conference with the undersigned magistrate judge.**

Dated this 8th day of July, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge